Sally A. Odegard, Esq. (011646) (sodegard@hoklaw.com)
Christopher R. Post, Esq. (028330) (cpost@hoklaw.com)
**HOLLOWAY ODEGARD & KELLY, P.C.**
3020 E. Camelback Road, Suite 201
Phoenix, Arizona 85016          (45.052)
Phone:       (602) 240-6670
Facsimile:   (602) 240-6677

Attorneys for Defendants City of Phoenix,
Kemmy Dominique, Kevin Linn, and Victoria Wyatt

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yang Shao, Endeavor 1 LLC and Endeavor AL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>City of Phoenix, a municipal corporation; Kemmy Dominique and John or Jane Doe Kemmy, Kevin Linn and Jane Doe Linn, Victoria Wyatt and John Doe Wyatt, John or Jane Does 1 – 5,<br><br>Defendants. | Case No.: 2:22-cv-01416-JJT<br><br>**DEFENDANTS' REQUEST FOR SUMMARY ADJUDICATION OF DEFENDANTS' MOTION TO DISMISS** |

Defendants City of Phoenix, Kemmy Dominique, Kevin Linn, and Victoria Wyatt ("Defendants"), through and through counsel undersigned, filed their Motion to Dismiss on October 3, 2022 (Doc. 9). Plaintiffs' response was due on October 17, 2022. Pursuant to LRCiv 7.2(i), Defendants respectfully request that the Court summarily grant Defendants' Motion to Dismiss (Doc. 9).

DATED this 1st day of November, 2022.

        **HOLLOWAY ODEGARD & KELLY, P.C.**

        By */s/ Sally A. Odegard*
            Sally A. Odegard
            Christopher R. Post
            3020 E. Camelback Road, Suite 201
            Phoenix, Arizona 85016
            ***Attorneys for Defendants City of Phoenix, Kemmy Dominique, Kevin Linn, and Victoria Wyatt***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

Brian K. Stanley
**LAW OFFICE OF BRIAN K. STANLEY, PLLC**
1938 E. Osborn Road
Phoenix, Arizona 85106
court@brianstanleylaw.com

By: */s/ K. Buensalido*

- 2 -