# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yang Shao, et al., | No. CV-22-01416-PHX-JJT (MTM) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is a Motion to Withdraw as Attorney filed with client consent by Plaintiff's Counsel Brian K. Stanley and the law firm of Metro Phoenix Legal Services PLLC. Doc. 21. Good cause appearing,

**IT IS ORDERED** the Motion to Withdraw as Attorney (doc. 21) is **granted**. Attorney Brian K. Stanley and the law firm of Metro Phoenix Legal Services PLLC are withdrawn as counsel of record for Plaintiff in this matter.

**IT IS FURTHER ORDERED** the Clerk of Court shall amend the docket (per doc. 21) to reflect Plaintiffs' contact information as follows:

| Yang Shao | Endeavor 1, LLC | Endeavor AL, LLC |
|---|---|---|
| 524 E. 14th Ave. | c/o Yang Shao | c/o Yang Shao |
| Naperville, IL 60563 | 4839 E. Charleston Ave. | 4839 E. Charleston Ave. |
| 415-604-7300 | Scottsdale, AZ 85254 | Scottsdale, AZ 85254 |
| shaoyang.suny@gmail.com | | |

1 **IT IS FURTHER ORDERED** that attorney Brian K. Stanley shall serve a copy of this Order on Plaintiffs and file proof of service with the Clerk of Court no later than **April 14, 2023**.

Dated this 29th day of March, 2023.

*Michael T. Morrissey*
Honorable Michael T. Morrissey
United States Magistrate Judge